United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    CALESTINI,                              Case No.  15-cv-01938-EDL
                    Plaintiff,
8
                                             **REASSIGNMENT ORDER**
9            v.
10   ,
                    Defendant.
11
12
13   GOOD CAUSE APPEARING THEREFOR,

14          IT IS ORDERED that this case is reassigned to the **Honorable Jon S. Tigar** in **San**

15   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

16   bear the **initials JST** immediately after the case number. All dates presently scheduled are vacated

17   and motions should be renoticed for hearing before the judge to whom the case has been

18   reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

19   L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

20   shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

21   proceed in accordance with Fed. R. Civ. P. 72(b).

22          .

23   Dated: 5/22/2015

24                                           FOR THE EXECUTIVE COMMITTEE:

25                                           *Richard W. Wieking*

26                                           Richard W. Wieking
                                             Clerk of Court
27   A true and correct copy of this order has been served by mail upon any pro se parties.

28