UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SCOTT CALESTINI,

    Plaintiff,

Case No.  15-cv-01938-JST (PR)

**ORDER OF DISMISSAL**

This case was opened on April 29, 2015, when Plaintiff, a prisoner of the State of California, filed a letter to the Honorable Thelton E. Henderson, two other federal judges and two lawyers complaining about conditions at the California Health Care Facility.  That day, the Clerk notified Plaintiff that he had not filed a complaint or an application to proceed in forma pauperis ("IFP").  The Clerk also mailed to Plaintiff the Court's complaint and IFP forms and instructions for completing the forms.  Plaintiff has responded by filing a letter asking for the case to be dismissed and stating that he did not intend to file a lawsuit.

Accordingly, the Clerk shall administratively close this case has having been opened in error, and send an electronic copy of the letter (dkt. 1) and this order to Judge Henderson via his courtroom deputy.  No fee is due.

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
JON S. TIGAR
United States District Judge